IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 15-03612 (ESL) |
| JOSE M RODRIGUEZ MARTINEZ | * | |
| ANA L HERNANDEZ BAEZ | * | |
| Debtor(s) | * | CHAPTER 13 |

NOTICE OF APPEARANCE

Comes now **COOPERATIVA A/C CAGUAS (Cooperativa)**, through its undersigned attorneys, states and prays:

**Cooperativa,** hereby renders notice that it has retained the services of undersigned counsel to represent it in the proceedings pending before this Court.

**WHEREFORE**, it is respectfully prayed of the Clerk of the Court to, pursuant to F.R.B.P. Rules 2,002 (g) and 9,010 (b), take notice of this appearance and notify counsel of all proceedings in this case, and further prays that their name be added to the master address list kept in the captioned case.

**I HEREBY CERTIFY,** that on this date I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

In San Juan, Puerto Rico, this 5th day of June, 2015.

CARLOS A. QUILICHINI PAZ
JESSICA M. QUILICHINI ORTIZ
Attorneys for Cooperativa
P.O. Box 9020895
San Juan, PR 00902-0895
Tel. 787-729-1720
Fax 787-724-6000
quilichinipazc@microjuris.com


/s/ Carlos A. Quilichini Paz
USDC-PR 120906