IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE | * |
| | * CASE NO. 15-03612 ESL |
| JOSE MIGUEL RODRIGUEZ MARTINEZ | * |
| ANA LESLIE HERNANDEZ BAEZ | * CHAPTER 13 |
| | * |
| DEBTORS | * |

**DEBTORS' MOTION REQUESTING ORDER
RE: AUTHORIZATION TO USE FUNDS FROM 2014 TAX REFUND**

TO THE HONORABLE COURT:

NOW COME, **JOSE MIGUEL RODRIGUEZ MARTINEZ and ANA LESLIE HERNANDEZ BAEZ,** debtors, through the undersigned attorney, and very respectfully state and pray as follows:

1. The debtors' confirmed Plan dated June 22, 2015, provides that debtors' tax refunds will be paid into the Plan. See docket no. 14.

2. The debtors received the 2014 tax refund in the sum of $1,473.00. Attached is copy of the debtors' bank account which reflects the Treasury Department's tax refund electronic deposit, dated July 21, 2015.

3. The debtors respectfully submit to this Honorable Court that they need to use these funds to pay for back-to-school expenses, such as balance owed on the school tuition, books and other materials.

4. Attached to this motion is copy of receipts and invoices for these expenses.

5. The debtors need to use the funds from the 2014 "tax refund' to pay for these reasonable expenses. The debtors are living within a very "tight" budget which barely covers her daily expenses and a Plan payment of $175.00.

Page – 2-
Debtors' Motion Requesting Order
Case no. 15-03612 ESL13

6. Based on the abovestated, the debtors respectfully request this Honorable Court to Order the authorization of the use of these funds to allow the debtors to pay for the above stated expenses with the 2014 tax refund.

**WHEREFORE**, debtors, through the undersigned attorney respectfully request that this Honorable Court grant the foregoing motion and allow the use of the funds from the debtors' 2014 tax refund.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

I CERTIFY that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, Jose Ramon Carrion Morales, Esq.; I also certify that a copy of this motion was sent to the debtors via US Mail to Jose M Rodriguez Martinez and Ana Leslie Hernandez Baez, Urb Delgado A 18 Calle 3 Caguas PR 00725.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 31st day of July, 2015.

/s/ Roberto Figueroa Carrasquillo
USDC #203614
**RFIGUEROA CARRASQUILLO LAW OFFICE PSC**
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

## Retail Account - History

| | | | | |
|---|---|---|---|---|
| CIF Key | 0000000514677 | Customer Name | JOSE M RODRIGUEZ MARTINEZ | |
| Account | 42003881 | Transit | 92015 | |
| Product Name | CUENTA DE AHORRO SCOTIA | Status | Active | |
| Currency | USD | | | |

| Current Balance | $1,479.87 | Available Balance | $1,479.87 |
|---|---|---|---|
| Balance Forward | $314.66 | | |
| Transaction Amount | 0.00 | Transaction Date (YYYYMMDD) | |

| Posting Date | Transaction | Cheque Number | Txn Amount | Balance |
|---|---|---|---|---|
| 0722 | POS PURCHASE PSPPSP - 001 DEBTOREDU LLC JERSEY CITY NJ, 0780523 5118580711558980, 780523, 001 DEBTOREDU LLC, JERSEY CITY NJ | | ($9.95) | $1,479.87 |
| 0721 | SPEC.AUTH.CREDIT - 2150211000147 2, DEPTO. HACIENDA REINTEGRO | | $1,473.00 | $1,489.82 |
| 0715 | WITHDRAWAL | | ($300.00) | $16.82 |
| 0715 | POS PURCHASE PSPPSP - AVE RAFAEL CORDERO NUM CAGUAS PR PR, 0004237 5118580711558980, 004237, AVE RAFAEL CORDERO NUM, CAGUAS PR PR | | ($134.28) | $316.82 |
| 0715 | AUTO TELLER-DEBIT ATDIBW - *SBPR PLAZA CENTRO 1 CAGUAS PR, 0108397 5118580711558980, 108397, *SBPR PLAZA CENTRO 1, CAGUAS PR | | ($330.00) | $451.10 |



Avenida Gautier Benítez
A-4 Villa del Rey 2
PR 00725

ebatecpr@gmail.com
Phone #  787-367-3974

# Contract

**Contract Date:** 6/22/2015

**Bill To:**
Ana L. Hernández Baéz
Calle Fernándo Pla #13
Caguas, PR 00725

Nombre del Estudiante: _Rodríguez_

| Description | Est. Hours/Qty. | Rate | Total |
|---|---|---|---|
| | Application Year: | 2015-2016 | |
| Cuota de Matrícula Regular para ingreso a Escuela | | 750.00 | 750.00 |
| Descuento $350 (Ad. Promo: Email Blast) en Matrícula para ingreso a Escuela | | -375.00 | -375.00 |
| Cuota de Mantenimiento | | 60.00 | 60.00 |
| Cuota Seguro RP | | 30.00 | 30.00 |
| Servicio "Compass Learning" | | 395.00 | 395.00 |
| El balance será dividido en pagos de $80.00 comenzando en Julio hasta Diciembre 2015. | | | |
| | | **Total** | **$860.00** |

Firma del Contratante:

Firma del Rep. Autorizado:

# Estado de Cuenta

**ACADEMIA CRISTIANA ELOHIM**
787-585-7055 / academiaelohim@gmail.com

Un nuevo ambiente...Algo diferente. Te diviertes...mientras aprendes.

Aquamarina #40 Marginal Villa Blanca
Teléfono 787-585-7055

INFORME Nº1
FECHA: 27/7/2015

**Para: Analeslie Hernández**

**DE: ACADEMIA CRISTIANA ELOHIM**

**RELACIÓN A: MATRICULA RODRIGUEZ CORRESPONDIENTE AL 6TO GRADO.**

**RECIBO DE PAGO**

| CANTIDAD | DESCRIPCIÓN | COSTO | PAGO | BALANCE |
|---|---|---|---|---|
| 1 | Matricula Año Escolar 2015-2016 | $900.00 | $450.00 | $450.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  | BALANCE $450.00 |

*Costo no incluye Cuota de Servicios Suplementarios, Cuota de Graduación, y otros.

¡GRACIAS!



# EBATEC

## Lista de Libros 2015-2016
### DÉCIMO GRADO

| ISBN | Título | Año | Casa Editora | Precio |
|---|---|---|---|---|
| **ESPAÑOL** | | | | |
| 9781936534241 | Ser y Saber Español 10 | 2012 | SM | $ 65.95 |
| 9781400034956 | Crónica De Muerte Anunciada | 1990 | RH | $ 13.75 |
| 156758005x | Felices Dias Tío Sergio | 2014 | EC | $ 16.75 |
| 9780060591717 | El Reino del Dragón de Oro | | HCP | $ 8.75 |
| **ESTUDIOS SOCIALES** | | | | |
| 9781935556695 | PR En el Tiempo (Tx & Cdno) | 2011 | SM | $ 79.50 |

(X) Nueva Adopción   Precios al 15 de abril de 2015, según ley actual. Precios no incluyen tipo de impuesto, el mismo será añadido a su compra según ley vigente.
*Puede adquirir los libros en la librería de su preferencia.*



**LIBRERÍA CONTEMPORÁNEA**

# libreriapr.com

| BAYAMÓN | CAGUAS | CAROLINA | INTERNET | PIRULETA Juguetes Educativos |
|---|---|---|---|---|
| D-1 Marginal Santa Cruz | Plaza Degetau | 3 NS-1 Ave. Fragoso | ordeninternet@ | Plaza Degetau |
| (Frente a Santa Rosa Mall, Carr. #2) | (Salida #20 Expreso Luis A. Ferré) | (Frente a Chilli's, Plaza Carolina) | | (Salida #20 Expreso Luis A. Ferré) |

```
Label Matrix for local noticing          COOP A/C CAGUAS                        FIRST BANK PUERTO RICO
0104-3                                    PO BOX 1252                            MARTINEZ & TORRES LAW OFFICES PSC
Case 15-03612-ESL13                       CAGUAS, PR 00726-1252                  PO BOX 192938
District of Puerto Rico                                                          SAN JUAN, PR 00919-3409
Old San Juan
Fri Jul 31 15:17:49 AST 2015

US Bankruptcy Court District of P.R.      Amex                                   Coop Caguas
Jose V Toledo Fed Bldg & US Courthouse    PO Box 1270                            PO Box 1252
300 Recinto Sur Street, Room 109          Newark, NJ  07101-1270                 Caguas, PR 00726-1252
San Juan, PR 00901-1964


FIRST  BANK                               First Bank                             First Bank Of PR
CONSUMER SERVICE CENTER                   PO Box 84028                           PO Box 9146
BANKRUPTCY DIVISION -(CODE 248)           Columbus, GA  31908-4028               San Juan, PR  00908-0146
PO BOX 9146, SAN JUAN, PR 00908-0146


First Bank of Puerto Rico                 Gura Coop                              Synchrony Bank
PO Box 19327                              PO Box 678                             c/o of Recovery Management Systems Corp
San Juan, PR  00910-1327                  Gurabo, PR 00778-0678                  25 S.E. 2nd Avenue, Suite 1120
                                                                                 Miami, FL 33131-1605


ANA LESLIE HERNANDEZ BAEZ                 JOSE MIGUEL RODRIGUEZ MARTINEZ         JOSE RAMON CARRION MORALES
URB DELGADO                               URB DELGADO                            PO BOX 9023884
A 18 CALLE  3                             A 18 CALLE  3                          SAN JUAN, PR 00902-3884
CAGUAS, PR 00725-3162                     CAGUAS, PR 00725-3162


MONSITA LECAROZ ARRIBAS                   ROBERTO FIGUEROA CARRASQUILLO          End of Label Matrix
OFFICE OF THE US TRUSTEE (UST)            PO BOX 186                             Mailable recipients    16
OCHOA BUILDING                            CAGUAS, PR 00726-0186                  Bypassed recipients     0
500 TANCA STREET  SUITE 301                                                      Total                  16
SAN JUAN, PR 00901
```