```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>JOSE MIGUEL RODRIGUEZ MARTINEZ<br>ANA LESLIE HERNANDEZ BAEZ<br><br>    DEBTOR (S) | CASE NO. 15-03612-ESL<br><br>   CHAPTER 13 |

                            Trustee's Position
            Regarding AUTHORIZATION TO RETAIN 2015 TAX REFUND INCOME


TO THE HONORABLE COURT:

    NOW COMES José R. Carrión, Chapter 13 Trustee, through the undersigned and very respectfully alleges and prays:

    1. The Trustee has no opposition to motion for: AUTHORIZATION TO RETAIN 2015 TAX REFUND INCOME.(Docket # 31 ).


    WHEREFORE the Trustee respectfully requests this Honorable Court to take notice of the abovementioned and enter the order it deems appropiate.


    CERTIFICATE OF SERVICE:  The Chapter 13 Trustee herewith certified that a copy of this motion has been served on this same date, to their respective address of record to:  Debtor(s), to their counsel and to all those parties in interest who have filed a notice of appearance by First Class Mail if not an ECFS register user.

    In San Juan, Puerto Rico this Wednesday, December 7, 2016.


                                    /s/ Nannette Godreau -Staff Attorney
                                    JOSE R. CARRION
                                    CHAPTER 13 TRUSTEE
                                    P.O. Box 9023884, Old San Juan Sta.
                                    San Juan, P.R. 00902-3884
                                    Tel (787)977-3535  FAX (787)977-3550