### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE DISTRICT OF PUERTO RICO

**IN RE:**

**JOSE MIGUEL RODRIGUEZ MARTINEZ**

**ANA LESLIE HERNANDEZ BAEZ**


**XXX-XX-6238**

**XXX-XX-1940**


**Debtor(s)**

**CASE NO. 15-03612 ESL**

**Chapter 13**


**FILED & ENTERED ON 6/16/2017**

### ORDER AND NOTICE

A hearing is hereby scheduled for **8/2/2017** at **02:00 P.M.** at JOSE V TOLEDO FED BLDG & US COURTHOUSE, 300 RECINTO SUR STREET, COURTROOM 2 SECOND FLOOR, SAN JUAN, PR; to consider the following:

1- Debtors' motion requesting authorization to use 2016 tax refund (docket entry #36); and

2- Trustee's objection to debtors' motion (docket entry #37).

The Clerk shall give notice to all parties in interest.

In San Juan, Puerto Rico, this 16 day of June, 2017.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

C: All Creditors