## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 15-03612/ESL

JOSE MIGUEL RODRIGUEZ MARTINEZ
ANA LESLINE HERNANDEZ BAEZ

CHAPTER 13

DEBTORS

### DEBTORS' MOTION REQUESTING ORDER
### RE: AUTHORIZATION TO USE FUNDS FROM 2018 TAX REFUND

TO THE HONORABLE COURT:

**NOW COME, JOSE MIGUEL RODRIGUEZ MARTINEZ and ANA LESLIE**

**HERNANDEZ BAEZ,** the Debtors, through the undersigned attorney, and very respectfully state

and pray as follows:

1. The Debtors' confirmed Plan dated June 22, 2015, provides that debtors' tax refunds will

be paid into the Plan.

2. The Debtors have received the 2018 tax refund in the sum of $1,869.00. Attached is copy

of bank account statement, which reflects the direct deposit of the 2018 tax refund on May 13, 2019,

issued by the Puerto Rico Treasury Department.

3. The Debtors respectfully submit to the Court that they need to use these funds to pay for:

car repair and college expenses for their daughter. Attached is copy of car repair and college

expenses estimate/invoice.

4. The Debtors need to use the funds from the 2018 "tax refund' to pay for these reasonable

expenses. Furthermore, the Debtors are living within a very "tight" budget which barely covers their

living expenses and a Plan payment of $175.00.

Page - 2-
Debtor's Motion Requesting Order
Case no. 15-03612/ESL13

5. Based on the above-stated, the Debtors respectfully request this Court to Order the

authorization of the use of these funds to allow the debtor to pay for this expense with the "tax

refund".

**WHEREFORE**, the Debtors, through the undersigned attorney respectfully request that this

Honorable Court grant the foregoing motion and allow the use of the funds from the 2018 tax refund

by the debtors to pay for the above-stated expenses.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional
three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom
this paper has been served, or any other party to the action that objects to the relief sought herein shall
serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S.
Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the
time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested
relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the
Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the

Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee; I also

certify that a copy of this motion was sent via US Mail to debtors, Jose Miguel Rodriguez Martinez

and Ana Leslie Hernandez Baez, to the address of record: Urb Delgado, A18 Calle 3, Caguas, PR

00725.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 27th day of May, 2019.

> */s/ Roberto Figueroa Carrasquillo*
> RFIGUEROA CARRASQUILLO LAW OFFICE PSC
> USDC #203614
> ATTORNEY FOR PETITIONERS
> PO BOX 186 CAGUAS PR 00726
> TEL NO 787-744-7699 FAX 787-746-5294
> Email: rfigueroa@rfclawpr.com



**Retail Account - History**

| | | | |
|---|---|---|---|
| CIF Key | 000000005144677 | Customer Name | JOSE M RODRIGUEZ MARTINEZ |
| Account | 42003881 | Transit | 92015 |
| Product Name | CUENTA DE AHORRO SCOTIA | Status | Active |
| Currency | USD | | |

| | | | |
|---|---|---|---|
| Current Balance | $1 987 02 | Available Balance | $1 987 02 |
| Balance Forward | $1 323 90 | | |
| Transaction Amount | 0 00 | Transaction Date (YYYYMMDD) | |

| Posting Date | Transaction | Cheque Number | Txn Amount |
|---|---|---|---|
| | AUTO TELLER-DEBIT ATDIBW - *REPARTO IND VILLA24 1 CAGUAS PR | | |
| 0520 | 0509675 5118580711558980 609675 | | $100 00 |
| 0515 | WITHDRAWAL | | $970 00 |
| 0515 | DEBIT REVERSAL | | $6 70 |
| 0515 | WITHDRAWAL | | $59 79 |
| 0515 | SPEC AUTH CREDIT - 21000024442307  WAL-MART PUERTO PAYROLL | | $977 22 |
| | SPEC AUTH CREDIT - 21502018822184. DEPTO HACIENDA | | |
| 0513 | REINTEGRO | ✓ | $1 869.00 |
| | AUTO TELLER-DEBIT ATDIBW - *REPARTO IND VILLA24 1 CAGUAS PR | | |
| 0513 | 0007435 5118580711558900 607435 | | $200 00 |
| 0430 | BACKDATED SERVICE CHARGE - Para 30ASIR19 | | $3 00 |
| 0501 | WITHDRAWAL | | $540 00 |

12:20 PM  TOIGUIPPR102P\TOIPCTXC65P\PR201M103ZW

# UNIVERSIDAD ANA G. MENDEZ
## OFICINA DE TESORERÍA

## ESTADO DE CUENTA

Fecha: <u>lunes, 13 de mayo de 2019</u>

Certifico que el (la) estudiante tiene <u>PAOLA RODRIGUEZ HERNANDEZ</u>
el siguiente estado de cuenta:

Núm. Identificación _____1934

| | |
|---|---|
| Balance Anterior: | $0.00 |

Créditos Matriculados    <u>12</u>    Horas Contacto: <u>12</u>    Créditos de Baja: <u>0</u>

Término    <u>SEGUNDO SEM 2018-2019 (201902)</u>    201902

| | |
|---|---|
| Matrícula | $2,460.00 |
| Cuotas Generales | $450.00 |
| Laboratorios | $50.00 |
| Libros | $0.00 |
| Cuota de Graduación | $0.00 |
| Otros Cargos/Ajustes | $55.00 |
| Transferencias | $0.00 |
| **TOTAL CARGOS** | $3,015.00 |
| CHEQUES EMITIDOS | $0.00 |
| **TOTAL GENERAL** | $3,015.00 |

Créditos a la cuenta:

| | |
|---|---|
| Beca Pell | $1,972.00 |
| Préstamo | $0.00 |
| Ayudas | $0.00 |
| Pagos | $5.00 |
| **TOTAL BECAS Y PAGOS** | $1,977.00 |
| **BALANCE ACTUAL** | $1,038.00 |

**Efectúe el pago de cualquier balance pendiente en la Oficina de Tesorería o localidad de estudio**

OFICINA DE TESORERIA

MAY 1 3 2019

SAM'S CLUB
TBC



CLUB #6689
PLAZA CENTRO II
CAGUAS PR 00725

Jose Rodriguez    **Savings Made Simple**
787-743-6765
787-247-7142

05/17/2019 06:13:38
**TIRE QUOTE**

ALL TIRE PRICES ARE GOOD FOR TODAY ONLY.
IT IS OUR INTENT TO HAVE EVERY ITEM IN
STOCK.  OCCASIONALLY, ITEMS MAY NOT BE AVAILABLE.
WE RESERVE THE RIGHT TO LIMIT QUANTITIES.
PRICES DO NOT INCLUDE TAXES AND TIRE FEES.

VEHICLE DESCRIPTION

| PURCHASE DESCRIPTION | PRICE | EXTENDED PRICE |
|---|---|---|
| **BEST** | | |
| 195/65R15 91T VIVA 3 | 4 @ 84.24 | 336.96 |
| TPMS Replacement | 4 @ 5.00 | 20.00 |
| Tire Plan | 4 @ 15.00 | 60.00 |
| WARRANTY KILOMETERS: 60,000 | | |
| ORIGINAL TREAD DEPTH: 9 / 32 | | 416.96 |


195/65R15 91T VIVA 3

Installation charge with purchase of TPMS Sensor.  Non-transferable benefits & svcs.
to purchasing Member w/active Sams Club Membership. Premium Tire Pkg.: Stem or TPMS
reset- if applicable, mount, lifetime balance & rotation, flat repair & road hazard
protection. TPMS parts extra.

SAM'S CLUB
TBC

CLUB #6689
PLAZA CENTRO II
CAGUAS PR 00725

Jose Rodriguez     **Savings Made Simple**
787-743-6765
787-247-7142

05/17/2019 06:16:16
**TIRE QUOTE**

ALL TIRE PRICES ARE GOOD FOR TODAY ONLY.
IT IS OUR INTENT TO HAVE EVERY ITEM IN
STOCK.  OCCASIONALLY, ITEMS MAY NOT BE AVAILABLE.
WE RESERVE THE RIGHT TO LIMIT QUANTITIES.
PRICES DO NOT INCLUDE TAXES AND TIRE FEES.

VEHICLE DESCRIPTION

| PURCHASE DESCRIPTION | PRICE | EXTENDED PRICE |
|---|---|---|
| **BEST** | | |
| 185/60R1482H SN250AS | 4 @ 76.98 | 307.92 |
| TPMS Replacement | 4 @ 5.00 | 20.00 |
| Tire Plan | 4 @ 15.00 | 60.00 |
| WARRANTY KILOMETERS:  75,000 | | |
| ORIGINAL TREAD DEPTH:  11 / 32 | | 387.92 |


185/60R1482H SN250AS

Installation charge with purchase of TPMS Sensor.  Non-transferable benefits & svcs.
to purchasing Member w/active Sams Club Membership. Premium Tire Pkg.: Stem or TPMS
reset- if applicable, mount, lifetime balance & rotation, flat repair & road hazard
protection. TPMS parts extra.